**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

---

OMAR ALEXANDER VALDEZ MEJIA,

*Petitioner*,

v.

PAM BONDI, *et al.*

*Respondents.*

---

No. 2:26-cv-3199 (SDW)

**ORDER ADMITTING RAFAEL R. PICHARDO** *PRO HAC VICE*

---

**THIS MATTER** having been opened to the Court by attorney Regis Fernandez, who is seeking an Order allowing Rafael R. Pichardo to appear and to participate pro hac vice on behalf of Petitioner (ECF No. 1-2), and the Court having considered the Declaration of Rafael R. Pichardo in support thereof, and for good cause shown,

**IT IS** on this ___26th___ of ___March___ 2026,

**ORDERED** that Rafael R. Pichardo be permitted to appear *pro hac vice* on behalf of Petitioner in the above-captioned matter pursuant to Local Rule 101.1(c) and the individual practices of this Court; and it is further

**ORDERED** that all pleadings, briefs and other papers filed with the Court shall be signed by Regis Fernandez, Esq., who shall be held responsible for said papers, and for the conduct of the case, and who shall be present in Court during all steps of this proceeding, unless expressly excused by the Court, and who will be held responsible for the conduct of the attorneys admitted hereby; and it is further

**ORDERED** that Rafael R. Pichardo shall pay the annual fee required by the New Jersey Lawyers' Fund for Client Protection in accordance with New Jersey Court Rules 1:20-1(b), 1:28-2(a), and 1:28B-1(e); and it is further

**ORDERED** that Rafael R. Pichardo will make a payment of $250.00 to the Clerk of the Court of the District of New Jersey in accordance with L. Civ. R. 101.1(c)(3); and it is further

**ORDERED** that Rafael R. Pichardo shall be bound by the Rules of the United States District Court for the District of New Jersey, including but not limited to the provisions of L. Civ. R. 103.1, Judicial Ethics and Professional Responsibility, and L. Civ. R. 104.1 Discipline of Attorneys; and it is further

**ORDERED** that Rafael R. Pichardo is deemed to have agreed to take no fee in any tort case in excess of the New Jersey State Court Contingency Fee, Rule 1:21-7, governing contingent fees, as amended;

**ORDERED** that, in accordance with L. Civ. R. 101.1(c)(1), Rafael R. Pichardo shall notify the Court promptly of any matter affecting their standing at the bar of any other court.

_____
Hon. Susan D. Wigenton
United States District Judge

2